BENJAMIN B. WAGNER
United States Attorney

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-1857
Fax: (202) 307-0054
E-mail: boris.kukso@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | DC No.: 2:11-cv-00839-JAM-GGH |
| | Bankruptcy Case No. 10-46331-E-13L |
| ALEJANDRO VINCE HOUSER AND KERRI LYNN HOUSER, | **ORDER REGARDING UNITED STATES' WITHDRAWAL OF MOTION TO WITHDRAW THE REFERENCE** |
| Debtors. | |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the hearing on the United States' Motion to Withdraw the Reference scheduled for June 1, 2011 is VACATED, and the Motion to Withdraw the Reference is DISMISSED AS MOOT.

   IT IS SO ORDERED.

Dated: May 17, 2011.

                                        /s/ John A. Mendez
                                        The Honorable John A. Mendez

Dated May 17, 2011.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                          /s/ Boris Kukso
                                        BORIS KUKSO
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 353-1857

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing PROPOSED ORDER REGARDING UNITED STATES' WITHDRAWAL OF MOTION TO WITHDRAW THE REFERENCE has been made this 17th day of May, 2011, by ECF filing addressed to:

Edward A. Smith
thefirm@dudugjian-maxey.com

John David Maxey
johnmaxey@dudugjian-maxey.com

/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division